U.S. COURTS

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

OCT 0 7 2022

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| Maria Madrid<br>In Propia Persona<br>_____<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br>State of Idaho<br>Public Employees Retirement System of Idaho<br>(PERSI)<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Maria Madrid |
| Street Address | 5160 Quinella Ct Unit F |
| City and County | Garden City, ADA |
| State and Zip Code | Idaho, 83714 |
| Telephone Number | (509)339-4897 |
| E-mail Address | mariamadridfromtheburg@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                        State of Idaho (Public Employees Retirement System of Idaho)

    Job or Title *(if known)*     Represented by: Attorney Pam Howland

    Street Address           1112 W Main Street

    City and County         Boise, ADA

    State and Zip Code      Idaho, 83702

    Telephone Number      (208) 484-8921

    E-mail Address *(if known)*   phowland@idemploymentlawyers.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Reasonable Accommodation for Federal Employees Title I of the Americans with Disabilities Act (ADA) of 1990 requires an employer to provide reasonable accommodation to qualified individuals with disabilities who are employees or applicants for employment, except when such accommodation would cause an undue hardship.

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* State of Idaho (PERSI)_____, is incorporated under

the laws of the State of *(name)* Idaho_____, and has its

principal place of business in the State of *(name)* Idaho_____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Boise, Idaho_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff Lost Wages, Lifetime Pension, Health Insurance Coverage and had pain, emotional distress as result of the Denial of the Reasonable Accomodation.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is a Persoin with an Emotional Disability, Documented by Social Security, Idaho State Vocational Rehabilitation and Plaintiff's Treating Physican. The Defendant was provided with documentation of Employee's Emotional Disability on or about on Plaintiff's Hiring Date 12/2018 - 03/2019. Plantiff was Denied Reasonable Accommodation to Work from Home (Remotely), Other employees without Emotional Disabilities employed by both Public Employee Retirement System AND the State of Idaho accessing Private and Confidential Information of members, clients and patients HAVE AND ARE WORKING FROM HOME (REMOTELY). Therefore, Plaintiff Claims Discrimination of Emotional Disability as a Reasonable Accommodation was denied by Plaintiff.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff does not have an exact amount, however Plaintiff Lost Wages, Lifetime Pension, Health Insurance Coverage and had pain, emotional distress as result of the Denial of the Reasonable Accomodation. 1) the Loss of Pension is approximately $58,000, 2)the Loss of GROUP Health Insurance is approximately $120,000 and the Loss of Wages (Decreased Income) until Plaintiff obtained other employement is approximate $3,000. Plaintiff is in Propia Persona and unable to calculate Claim for Pain and Suffering of Emotional Distress , however due to Denial of Reasonable Accomodation, Plaintiff was forced to work October 2021- January 2022 under Emotional Distress until Plaintiff was forced to Resign. Plaintiff will accept the Relief Award by a Jury.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10/07/2022

Signature of Plaintiff

Printed Name of Plaintiff    Maria Madrid

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address